IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| QIANA KEITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION |
| | ) FILE NO. 1:14-cv-02159-CAP-AJB |
| GEORGIA REPUBLICAN PARTY; | ) |
| GEORGIA REPUBLICAN PARTY, INC., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS GEORGIA REPUBLICAN PARTY AND GEORGIA REPUBLICAN PARTY, INC.'S MOTION FOR SUMMARY JUDGMENT**

COME NOW Defendants GEORGIA REPUBLICAN PARTY AND GEORGIA REPUBLICAN PARTY, INC. ("GAGOP Defendants"),[1] and, pursuant to Fed. R. Civ. P. 56 and L.R. 56.1, move this Court for summary judgment in their favor for the reasons set forth in the attached Brief in Support Georgia Republican Party and Georgia Republican Party, Inc.'s Motion for Summary Judgment, as

---

[1] The Georgia Republican Party, which was previously an unincorporated association, was incorporated in February 2014 as the Georgia Republican Party, Inc. Office of the Georgia Secretary of State, Business Search, *available at* https://ecorp.sos.ga.gov/BusinessSearch. Although the corporate entity is the correct defendant as consistently stated throughout this litigation, one term is used for simplicity to refer to both named defendants.

supported by the exhibits and declarations attached to and filed with that Brief, as well as the deposition testimony filed contemporaneously herewith.

WHEREFORE, Defendants respectfully request that this Court find that there are no material issues of fact in dispute and that, as a matter of law, GAGOP Defendants are not liable to Plaintiff Qiana Keith on any of her claims, grant their Motion and enter judgment in favor of GAGOP Defendants on all claims, with all costs cast against Plaintiff Qiana Keith.

Respectfully submitted this 21st day of March, 2016.

>s/ Jonathan R. Poole
>Anne W. Lewis
>Georgia Bar No. 737490
>Jonathan R. Poole
>Georgia Bar No. 142311
>STRICKLAND BROCKINGTON
>LEWIS LLP
>Midtown Proscenium, Suite 2000
>1170 Peachtree Street, N.E.
>Atlanta, Georgia 30309
>(678) 347-2200 (telephone)
>(678) 347-2210 (facsimile)
>awl@sbllaw.net
>jrp@sbllaw.net
>
>*Attorneys for GAGOP Defendants*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| QIANA KEITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION |
| | ) FILE NO. 1:14-cv-02159-CAP-AJB |
| GEORGIA REPUBLICAN PARTY; | ) |
| GEORGIA REPUBLICAN PARTY, INC., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served the within and foregoing

**DEFENDANTS GEORGIA REPUBLICAN PARTY AND GEORGIA REPUBLICAN PARTY, INC.'S MOTION FOR SUMAMRY JUDGMENT**

with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to this matter via electronic notification or otherwise:

>Kimberly A. Worth, Esq.
>Katy Aultman, Esq.
>Grady Thrasher, Esq.
>Thrasher Worth LLC
>Five Concourse Parkway,
>Suite 3200
>Atlanta, GA 30328
>kworth@tlslaw.com
>kaultman@tlslaw.com
>gthrasher@tlslaw.com

This 21st day of March, 2016.

<div style="text-align: right;">
s/Jonathan R. Poole<br>
Jonathan R. Poole<br>
Georgia Bar No. 142311
</div>


This 21st day of March, 2016.

                                          <u>s/Jonathan R. Poole</u>
                                          Jonathan R. Poole
                                          Georgia Bar No. 142311