# AH REPORTING, LLC

## Errata Sheet

Pursuant to Rule 30(e) of the Federal Rules of Civil Procedure and/or Official Code of Georgia Annotated 9-11-30(e), any changes in form or substance which you desire to make to your deposition testimony shall be entered upon the deposition with a statement of the reasons given for making them.

To assist you in making any such corrections, please use the form below. If supplemental or additional pages are necessary, please furnish and attach them to this errata sheet.

I, the undersigned, __John L. Padgett__, do hereby certify that I have read the foregoing deposition and that to the best of my knowledge said deposition is true and accurate (with the exception of the following corrections listed below).

Page __433__ Line __6__ Should read: "NO, ONLY EMT'S HAD TO PROVIDE CRIMINAL BACKGROUND CHECKS."
Reason for change: MISTAKEN THAT ALL EE'S HAD TO PROVIDE CRIMINAL BACKGROUND CHECKS

Page __433__ Line __12__ Should read: "NO, THAT IS INCORRECT."
Reason for change: SAME AS ABOVE

Page __433__ Line __18__ Should read: "AS FAR AS I CAN REMEMBER IT SHOULD BE FOR ALL EMT'S ONLY."
Reason for change: SAME ABOVE

Page __433__ Line __21__ Should read: "IT SHOULD BE FOR ALL EMT'S ONLY."
Reason for change: SAME AS ABOVE

Page __464__ Line __18__ Should read: "YES MA'AM"
Reason for change: I MEANT MA'AM

Page ____ Line ____ Should read: ____
Reason for change: ____

Page ____ Line ____ Should read: ____
Reason for change: ____

Page ____ Line ____ Should read: ____
Reason for change: ____

Page ____ Line ____ Should read: ____
Reason for change: ____